UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TGIS FLOWERS, INC.,

                Plaintiff,

v.

ACE AVIATION HOLDINGS, INC., AIR CANADA, AC CARGO LP, AIR FRANCE ADS, AIR FRANCE-KLM GROUP ADS, AIR FRANCE CARGO ADS, AIR FRANCE-KLM CARGO ADS, ASIANA AIRLINES INC., BRITISH AIRWAYS PLC, CARGOLUX AIRLINES INTERNATIONAL S.A., CATHAY PACIFIC AIRWAYS LTD., DEUTSCHE LUFTHANSA AG, LUFTHANSA CARGO AG, JAPAN AIRLINES INTERNATIONAL COMPANY LTD., KOREAN AIRLINES COMPANY LTD., LAN AIRLINES S.A., LAN CARGO S.A., NIPPON CARGO AIRLINES CO., LTD., ATLAS AIR WORLDWIDE HOLDINGS, INC., POLAR AIR CARGO, INC., SAS AB dba. SAS GROUP, SAS CARGO GROUP A/S, SINGAPORE AIRLINES, LIMITED, SINGAPORE AIRLINES CARGO PTE LIMITED, SWISS INTERNATIONAL AIR LINES LTD., UAL CORPORATION, UNITED AIRLINES INC., UNITED AIRLINES CARGO INC., VIRGIN ATLANTIC AIRWAYS LIMITED, INTERNATIONAL AIR TRANSPORT ASSOCIATION, and JOHN DOES I-X,

                Defendants.

Civil Action No. 1:06-CV-0520-EGS

**AMENDED STIPULATION AND AGREED ORDER**

Plaintiff TGIS Flowers, Inc. ("Plaintiff") and Defendants Ace Aviation Holdings, Inc., Air Canada, AC Cargo LP, Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, Air-France-KLM Cargo ADS, Asiana Airlines Inc., British Airways PLC, Cargolux Airlines International S.A., Cathay Pacific Airways Ltd., Deutsche Lufthansa AG, Lufthansa Cargo AG, Korean Airlines Co., Ltd., LAN Airlines S.A., LAN Cargo S.A., Nippon Cargo Airlines Co., LTD., Atlas Air Worldwide Holdings, Inc., Polar Air Cargo, Inc., SAS AB, SAS Cargo Group A/S, Singapore Airlines, Limited, Singapore Airlines Cargo PTE Limited, Swiss International Air Lines, Inc., International Air Transport Association, UAL Corporation, United Airlines Cargo, Inc., United Airlines, Inc., and Virgin Atlantic Airways Limited (collectively, the "Defendants") through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that since the above referenced action is related to the multiple actions in the proceeding captioned *In re Air Cargo Antitrust Litigation*, MDL Docket No. 1775 that was ordered by the Judicial Panel on Multidistrict Litigation ("JPML") to be transferred to the Honorable Carol Bagley Amon in the Eastern District of New York for coordinated or consolidated pretrial proceedings, Defendants need not answer, move, or otherwise plead in response to the complaint in this action until 45 days after a consolidated complaint is served and filed by Plaintiffs in the single transferee Court.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the defendant represented by each such counsel of all complaints in this or the related matters filed in the District Court for the District of Columbia and assigned to Judge Emmet G. Sullivan as of the date of this Stipulation, including any amended, consolidated complaints, and further, that such defendant shall not contest sufficiency of process or of service of process and that such defendant's time to answer,

move or otherwise plead in those related matters shall be enlarged until the time provided in the preceding paragraph. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph, but, the above notwithstanding, should any defendant respond to any complaint in a related matter filed in the District Court for the Eastern District of New York prior to the date contemplated by this stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Dated:   Washington, D.C.
         August 1, 2006

| **STRAUS & BOIES, LLP** | **MAYER, BROWN, ROWE & MAW, LLP** |
|---|---|
| By:   /s/ Timothy D. Battin<br>Timothy D. Battin (#436303)<br>4041 University Drive<br>Fifth Floor<br>Fairfax, VA  22030<br>(703) 764-8700<br>(612) 339-6622 (fax)<br><br>*Attorneys for Plaintiff* | By:   /s/ Andrew A. Nicely<br>Andrew A. Nicely (#458805)<br>1909 K Street N.W.<br>Washington, D.C. 20006-1157<br>(202) 263-3000<br>(202) 263-3300 (fax)<br><br>*Attorneys for UAL Corp., United Air Lines, Inc. and United Airlines Cargo, Inc.* |

**SULLIVAN & CROMWELL LLP**

By:   /s/ Daryl A. Libow
Daryl A. Libow (#446314)
1701 Pennsylvania Avenue, NW
Washington, DC 20006-5805
(202) 956-7500
(202) 293-6330 (fax)

*Attorneys for British Airways PLC*

**CROWELL & MORING LLP**

By:   /s/ George D. Ruttinger
George D. Ruttinger
Jeffrey Blumenfeld
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
(202) 628-5116 (fax)

*Attorneys for SAS AB, SAS Cargo Group A/S*

**DLA PIPER RUDNICK GRAY CARY US LLP**

By:   /s/ Edward B. Schwartz
Edward B. Schwartz
1200 Nineteenth St. N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Attorneys for Cathay Pacific Airways Ltd.*

**HELLER EHRMAN LLP**

By:   /s/ Daniel D. Edelman
Daniel D. Edelman
7 Times Square, Times Square Tower
New York, NY 10036
(212) 832-8300
(212) 763-7600 (fax)

*Attorneys for Asiana Airlines Inc.*

**HOWREY LLP**

By:   /s/ Alan M. Wiseman
Alan M. Wiseman
Mark C. Schechter
1299 Pennsylvania Ave, N.W.
Washington, D.C. 2004
(202) 383-6638
(202) 383-6610 (fax)

*Attorneys for International Air Transport Association*

**MORGAN, LEWIS & BOCKIUS LLP**

By:   /s/ Peter E. Halle

Peter E. Halle
Willard K. Tom
Joseph Brooks
Melissa Furrer Miller
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(212) 739-3000
(212) 739-3001 (fax)

*Attorneys for Korean Airlines Co. Ltd.*

| | |
|---|---|
| **LINKLATERS** | **HOGAN & HARTSON LLP** |
| By: /s/ James R. Warnot, Jr.<br>James R. Warnot, Jr.<br>Mary K. Warren<br>Thomas A. McGrath<br>Michael J. Osnato, Jr.<br>1345 Avenue of the Americas<br>New York, NY 10105<br>(212) 903-9000<br>(212) 903-9100 (fax) | By: /s/ George Hritz<br>George Hritz<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000<br>(212) 918-3100 (fax) |
| *Attorneys for Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, and Air-France-KLM Cargo ADS* | *Attorneys for Air Canada and AC Cargo LP and ACE Aviation Holdings, Inc.* |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **LACHTER & CLEMENTS LLP** |
| By: /s/ David W. Ogden<br>David W. Ogden (#375951)<br>Robert Bell<br>Eric J. Mahr<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>(202) 663-6000<br>(202) 663-6363 (fax) | By: /s/ Stephen H. Lachter<br>Stephen H. Lachter<br>Lachter & Clements LLP.<br>Washington, D.C. 20036<br>(202) 862-4321<br>(202) 835-3219 (fax) |
| *Attorneys for Deutsche Lufthansa AG, Lufthansa Cargo AG and Swiss International Air Lines Ltd.* | *Attorneys for Cargolux Airlines International S.A.* |

5

| | |
|---|---|
| **ROPES & GRAY LLP** | **LATHAM & WATKINS** |
| By: /s/ Stacy Dawson Belf <br> Stacy Dawson Belf <br> One Metro Center <br> 700 12th Street, NW, Suite 900 <br> Washington, DC 20005 <br> (202) 508-4600 <br> (202) 508-4650 (fax) <br><br> *Attorneys for Atlas Air Worldwide Holdings Inc and Polar Air Cargo Inc.* | By: /s/ Margaret M. Zwisler <br> Margaret M. Zwisler <br> 555 Eleventh Street, N.W., Suite 1000 <br> Washington, D.C. 20004 <br> (202) 637-2200 <br> (202) 637-2201 (fax) <br><br> *Attorneys for Singapore Airlines Cargo PTE Ltd. and Singapore Airlines Ltd.* |
| **SQUIRE SANDERS & DEMPSEY LLP** | **SHEPPARD MULLIN RICHTER & HAMPTON, LLP** |
| By: /s/ James V. Dick <br> James V. Dick <br> 1201 Pennsylvania Avenue, NW <br> Washington, D.C. 20004 <br> (202) 626-6600 <br> (202) 626-6780 (fax) <br><br> *Attorneys for Lan Airlines S.A. and Lan Cargo S.A.* | By: /s/ John R. Fornaciari <br> John R. Fornaciari <br> 1300 I Street, NW, 11th Floor <br> Washington, D.C. 20005 <br> (202) 218-0009 <br> (202) 218-0020 (fax) <br><br> *Attorneys for Nippon Cargo Airlines Co., Ltd.* |

**SIMPSON THACHER & BARTLETT LLP**

By:   /s/ Peter Thomas
Peter C. Thomas (#495928)
555 11th Street, NW, Suite 725
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob
David E. Vann
Jonathan K. Youngwood
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
(212) 455-2502 (fax)

*Attorneys for Virgin Atlantic Airways Ltd.*

**SO ORDERED:**

_____
**U.S.D.J.**