UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TGIS FLOWERS, INC., <br>                 Plaintiff, <br><br> v. <br><br> ACE AVIATION HOLDINGS, INC., <br>     ET AL., <br>                 Defendants. | Civil Action No. 06-520 (EGS) |

### ORDER

Pursuant to 28 U.S.C. § 1407, and the Conditional Transfer Order (CTO-1) from the Judicial Panel on Multidistrict Litigation dated July 17, 2006, a copy of which is attached, it is hereby

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Eastern District of New York.


SIGNED:    EMMET G. SULLIVAN
           UNITED STATES DISTRICT JUDGE
           August 15, 2002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1775

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On June 20, 2006, the Panel transferred 12 civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Carol Bagley Amon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Amon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of June 20, 2006, and, with the consent of that court, assigned to the Honorable Carol Bagley Amon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION